AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Galo Vinicio Segura-Tuquinga,

              Petitioner,

v.

Thomas Hogan, et al.,

              Respondents.

JUDGMENT IN A CIVIL CASE

Case Number:  2:26-cv-00283-RFB-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered on behalf of Petitioner. This matter is now closed.

| | |
|---|---|
| 2/18/2026 | DEBRA K. KEMPI |
| Date | Clerk |
| | /DRS |
| | Deputy Clerk |